# Hartley & O'Brien, PLLC
## Attorneys & Counselors at Law

R. DEAN HARTLEY (WV, PA & KY)
LESLIE ANN JAMES (WV & PA)
J. MICHAEL PRASCIK (WV)
JULIE R. MAGERS (WV & OH)

The Wagner Building
2001 Main Street • Suite 600
Wheeling, WV 26003

Telephone : (304) 233-0777
Telecopier : (304) 233-0774

www.hartleyobrien.com

James M. O'Brien
*Of Counsel*

March 6, 2013

Honorable Arthur J. Tarnow
US District Court of Michigan
Eastern District
Theodore Levin US Courthouse
231 West Lafayette Ave.
Detroit, MI 48226

      RE:    Lisa Davis v. C.R. Bard, Inc., et al.
              Case No: 2:11-cv-12556

Dear Judge Tarnow:

    Please be advised that the parties have amicably settled the above-referenced matter. Settlement papers are being finalized, and a proposed Dismissal Order will be forwarded under separate cover.

    Thank you for your attention to this matter.

Very truly yours,

R. DEAN HARTLEY

RDH/rjh
cc:    Jack D. Davis, Esq.
        Lane A. Clack, Esq.
        Richard B. North, Esq.
        John G. Mitchell, Esq.

