UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**LISA DAVIS,**

    Plaintiff,                            Civil Action No. 2:11-cv-12556-AJT-LJM

**C.R. BARD, INC.**, and **BARD
PERIPHERAL VASCULAR, INC.,**

    Defendants.

### <u>ORDER ON PARTIES' JOINT STIPULATION FOR DISMISSAL</u>

    The Court having reviewed the Parties' Joint Stipulation for Dismissal, and for good cause appearing therefore,

    IT IS SO ORDERED that the Parties' Joint Stipulation for Dismissal is hereby GRANTED, and the case is **DISMISSED** with prejudice as to all Defendants, with each party to bear their own costs.

    This 16th day of April, 2013.

                             <u>s/Arthur J. Tarnow</u>
                             Honorable Arthur J. Tarnow
                             United States District Court Judge
                             Eastern District of Michigan